# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY D. JOHNSON,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78185

FILED

MAR 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that s/he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, the court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.                        _____, J.
Stiglich                                                              Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

19-10530

cc: Hon. Tierra Danielle Jones, District Judge
Mario D. Valencia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk